440 A.2d 1190

**COMMONWEALTH of Pennsylvania,**

v.

**James Harris CURRY, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1982.

Decided Feb. 19, 1982.

William T. Cannon, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Garold Tennis, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.